# UNITED STATES DISTRICT COURT
## District of Minnesota

Juan Gabriel Mayorga Amador

Petitioner,

v.

Pamela Bondi, Kristi Noem, Todd M. Lyons, and David Easterwood,

Respondents,

**JUDGMENT IN A CIVIL CASE**

Case Number: **26-cv-00852-NEB-DTS**

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard, and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. The Petition for Writ of Habeas Corpus (ECF No. 1) is GRANTED IN PART and DENIED IN PART. Specifically, the Court:

a. DECLARES that Petitioner is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2), and is instead subject to detention, if at all, pursuant to the discretionary authority of 8 U.S.C. § 1226;

b. ENJOINS Respondents from denying release or other relief on the basis that Petitioner is subject to mandatory detention under § 1225(b)(2);

c. ORDERS that, within **seven days**, Respondents must either provide Petitioner a bond hearing under 8 U.S.C. § 1226(a) or release Petitioner in Minnesota. If Petitioner is released without a bond hearing, Respondents may not impose conditions on Petitioner's release, Respondents must return Petitioner's belongings, and Respondents must coordinate release with counsel, with at least two hours' advance notice to counsel; and

d. ORDERS that, within **fourteen days**, the parties shall provide the Court with a status update concerning the results of any bond hearing conducted pursuant to this Order, or if no bond hearing was held, advise the Court regarding Petitioner's release. Further, the parties shall advise the Court whether any additional proceedings in this matter are required and submit any proposals for the scope of further litigation.

2. Respondents may file a memorandum responding to Petitioner's arguments concerning the warrant by February 6, 2026; and

3. The remainder of Petitioner's Petition is DENIED WITHOUT PREJUDICE.

Date: 2/3/2026

KATE M. FOGARTY, CLERK