# UNITED STATES DISTRICT COURT
## District of Minnesota

Juan Gabriel Mayorga Amador

Petitioner(s),

v.

Pamela Bondi, Kristi Noem, Todd M. Lyons, David Easterwood

Respondent(s).

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-00852-NEB-DTS

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Petitioner's Motion to Amend Judgment (ECF No. 11) is GRANTED;

2. The Court's February 3, 2026 Order (ECF No. 9) is VACATED to the extent it requires Respondents to provide Petitioner with a bond hearing because the Corut concludes that immediate release is the proper remedy;

3. The February 3, 2026 Judgment (ECF No. 10) is VACATED;

4. The Petition for Writ of Habeas Corpus (ECF No. 1) is GRANTED. The Court:

   a. DECLARES that Petitioner is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2), and is instead subject to detention, if at all, pursuant to the discretionary authority of 8 U.S.C. § 1226;

   b. ORDERS that Respondents immediately transfer Petitioner to Minnesota and release Petitioner in Minnesota as soon as practicable with coordination or at least two hours' advance notice to counsel, but not later than 24 hours after entry of this Order;

c. ORDERS that Respondents release Petitioner in Minnesota with all Petitioner's personal effects, including all personal property seized during Petitioner's arrest such as, but not limited to, immigration paperwork;

d. ORDERS that Respondents release Petitioner without the imposition of conditions on his release;

e. ORDERS that, within **three days** of release, the Respondents shall file notice on the docket confirming that release within Minnesota has occurred.

Date: 2/9/2026

KATE M. FOGARTY, CLERK